UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X

DENNIS SMITH,

           Appellant.          09 Civ. 9951 (RWS)

  - v.-                            O R D E R

DELTA AIR LINES, INC. et al,

           Appellees.

------------------------------------X

**Sweet, D.J.,**

     Appellant's appeal from bankruptcy, dated December 3, 2009, will be heard at noon on Wednesday, April 7, 2010 in courtroom 18C. All motion papers shall be served in accordance with the schedule to which the parties have stipulated.

     It is so ordered.

**New York, NY**
**February 3, 2010**

                                      ROBERT W. SWEET
                                          U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/4/10